| STEPHANIE LEWIS | * | NO. 2022-CA-0409 |
| VERSUS | * | COURT OF APPEAL |
| STATE NATIONAL INSURANCE COMPANY, INC., D/B/A QEO INSURANCE GROUP, DAVID DEGRUY, RICHARD'S DISPOSAL, INC., AND STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY (IN ITS CAPACITY AS UN-INSURED/UNDER-INSURED MOTORIST CARRIER) | * | FOURTH CIRCUIT |
| | * | STATE OF LOUISIANA |
| | * | |
| | * | |
| | * * * * * * * | |

*DNA*

**ATKINS, J., CONCURS IN THE RESULT**